

# THE THIRTEENTH COURT OF APPEALS

## 13-12-00474-CV

CHARLIE O. BURNETT III

v.

BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-18

On Appeal from the
County Court at Law No. 5 of Nueces County, Texas
Trial Cause No. 2011-CCV-62428-5

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

February 13, 2014